UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAFE CREDIT SOLUTIONS, INC. & RAY TEJADA<br><br>*Plaintiffs/Counter-Defendants*<br><br>vs.<br><br>THE CREDIT PROS INTERNATIONAL CORP.<br><br>*Defendant-Counterclaimant.* | Civil Action No.: 2:17-cv-04723-JMV-MF |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all Parties who have appeared in this matter hereby stipulate to the dismissal of this matter with prejudice. The Parties shall bear their own attorneys' fees and costs.

Dated: October 6, 2017

By: s/ Justin T. Quinn
Justin T. Quinn
ROBINSON MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2760
JQuinn@rwmlegal.com

David J. Yaffe
dyafffe@pollardllc.com
Jonathan E. Pollard, Esq.
jpollard@pollardllc.com
(admitted *pro hac vice*)
POLLARD PLLC
401 E. Las Olas Blvd. #1400
Fort Lauderdale, FL 33301
Telephone: 954-332-2380
Facsimile: 866-594-5731

*Attorneys for Plaintiffs*

Respectfully submitted,

By: s/ Patrick D. Tobia
Patrick D. Tobia, Esq.
ptobia@morganlawfirm.com
Shaji M. Eapen
seapen@morganlawfirm.com

MORGAN MELHUISH ABRUTYN
5651 W. Mt. Pleasant Avenue
Suite 200
Livingston, N.J. 07039
Telephone: (973) 994-2500
Facsimile: (973) 994-3375
*Attorneys for Defendants*

So Ordered:

_____  10/6/17
Judge John Michael Vazquez, U.S.D.J.   Date

1